**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1702

ISHWOR BAHADUR ADHIKARY,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A72-165-446)

Submitted:  March 16, 2007          Decided:  April 24, 2007

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Khagendra Gharti-Chhetry, CHHETRY & ASSOCIATES, P.C., New York, New York, for Petitioner. Peter D. Keisler, Assistant Attorney General, Greg D. Mack, Senior Litigation Counsel, Richard Zanfardino, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ishwor Bahadur Adhikary, a native and citizen of Nepal, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider and reopen removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Adhikary's motion. See 8 C.F.R. § 1003.2(a), (b) (2006).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED